| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**NOMINATION FILING** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Arguello, Christine M | 2. Court or Organization<br><br>U.S. District Court, Colorado | 3. Date of Report<br><br>07/11/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>[X] Nomination,     Date 07/10/2008<br>[ ] Initial    [ ] Annual    [ ] Final<br><br>5b.   [ ]   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>06/30/2008 |
| 7. Chambers or Office Address<br><br>924 Broadway, 013 UCB<br>Boulder, CO 80309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[ ]   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Managing Senior Associate University Counsel | University of Colorado |
| 2. Partner | Davis Graham & Stubbs LLP |
| 3. Director | Stapleton Development Corporation - Volunteer |
| 4. Vice Chair | Colorado Campaign for Inclusive Excellence - Volunteer |
| 5. Director | Colorado Hispanic Bar Association - Volunteer |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[ ]   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2008 | University of Colorado - Teach 2 credit hour course in Advanced Trial Advocacy, Spring 2009, $3500 |
| 2. 2008 | Davis Graham & Stubbs LLP - Buy-out of equity interest, $4776 |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | University of Colorado - Salary as of 6/30/2008 | $ 73,933 |
| 2. 2007 | University of Colorado - Salary | $ 142,824 |
| 3. 2006 | University of Colorado - Salary | $ 95,326 |
| 4. 2006 | Davis Graham & Stubbs LLP - Distributions | $ 44,097 |
| 5. | | |

### B. Spouse's Non-Investment Income ~ *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Boulder Valley School District, Salary |
| 2. 2007 | Boulder Valley School District, Salary |
| 3. 2008 | Colorado Department of Human Services, Childcare Subsidy |
| 4. 2007 | Colorado Department of Human Services, Childcare Subsidy |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. EXEMPT | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M | 07/11/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Washington Mutual | Mortgage on mother-in-law's home, Pueblo, CO | L |
| 2. Chase Visa | Credit Card - 0% | J |
| 3. Elevations Credit Union | Co-signor on son's car loan | K |
| 4. AES Student Loan | Co-signor on son's student loan | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arguello, Christine M | 07/11/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Investment Property 1, Colorado Springs, CO (2005 $86,000) | | None | L | R | EXEMPT | | | | |
| 2. | Investment Property 2, Pueblo, CO ($172,727) | | None | M | S | | | | | |
| 3. | Chase Bank Account | A | Int./Div. | J | T | | | | | |
| 4. | Wells Fargo Bank Account | A | Int./Div. | J | T | | | | | |
| 5. | MetLife Insurance Policy | | None | J | U | | | | | |
| 6. | Federated Govt Obligations Fund Class SS | A | Int./Div. | J | U | | | | | |
| 7. | ABIAX | A | Int./Div. | J | U | | | | | |
| 8. | PCVAX | A | Int./Div. | J | U | | | | | |
| 9. | AHTFX | B | Int./Div. | J | U | | | | | |
| 10. | BFAFX | A | Int./Div. | J | U | | | | | |
| 11. | NFEAX | A | Int./Div. | J | U | | | | | |
| 12. | Delaware US Growth FD CL A | A | Int./Div. | J | U | | | | | |
| 13. | AEGFX | A | Int./Div. | J | U | | | | | |
| 14. | GCMAX | A | Int./Div. | J | U | | | | | |
| 15. | GGOAX | A | Int./Div. | J | U | | | | | |
| 16. | GFAFX | A | Int./Div. | J | U | | | | | |
| 17. | IBFFX | A | Int./Div. | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. AICFX | A | Int./Div. | J | U | | | | | |
| 19. LAFFX | A | Int./Div. | J | U | | | | | |
| 20. ANFFX | A | Int./Div. | J | U | | | | | |
| 21. NWFFX | A | Int./Div. | J | U | | | | | |
| 22. PTTAX | A | Int./Div. | J | U | | | | | |
| 23. TRMCX | A | Int./Div. | J | U | | | | | |
| 24. SCWFX | A | Int./Div. | J | U | | | | | |
| 25. WSHFX | A | Int./Div. | J | U | | | | | |
| 26. Jackson Natl Life Ins. Co Perspective II 05/05 | | None | K | U | | | | | |
| 27. Metlife Invs Ins Prods L Share Variable Annuity | | None | J | U | | | | | |
| 28. Metlife Invs Ins Prods Variable Annuity Class AA | | None | L | U | | | | | |
| 29. Nationwide Life Ins Co BOA Choice Venue SM II | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. Positions
6. Director - Colorado Women's Bar Association Foundation - Volunteer
7. Director - Latina Chamber - Volunteer - 2006 - 2007

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Christine M Arguello_        Date _07/11/08_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 12 | 500 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 2 | 450 | Notes payable to relatives | | 60 | 000 |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 10 | 000 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 612 | 906 |
| Real estate owned-add schedule | 1 | 035 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | 12 | 000 | Other debts-itemize: | | | |
| Autos and other personal property | | 148 | 000 | | | | |
| Cash value-life insurance | | 8 | 665 | | | | |
| Other assets itemize: | | | | | | | |
| Retirement Accounts (see attached schedule) | | 425 | 482 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 682 | 906 |
| | | | | Net Worth | | 961 | 191 |
| Total Assets | 1 | 644 | 097 | Total liabilities and net worth | 1 | 644 | 097 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 30 | 139 | Are any assets pledged? (Add schedule) | Yes | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |